quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

December 20, 2021

**VIA ECF**

The Honorable Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108

Re:   P. H. Glatfelter Company v. Babcock & Wilcox Power Generation Group, INC., No. 19-cv-2215-JPW-MCC

Dear Judge Wilson,

I write on behalf of Defendant Babcock & Wilcox with regard to the status conference currently scheduled for December 22, 2021, at 10 a.m. (Dkt. 52). Plaintiff's counsel is aware of this letter and does not oppose its contents.

Given the timing of the conference a couple of days before Christmas, we thought it best to inform Your Honor that the parties have been working under Magistrate Judge Carlson's supervision on a number of discovery disputes. On December 15, 2021, the parties and Judge Carlson had a conference call about a new discovery dispute, as well as the need for a modest extension to the current case management orders (Dkts. 28, 52). Judge Carlson ordered the parties to meet and confer and report back to him, and he set a status conference in his chambers for December 30, 2021, if needed, to resolve any remaining discovery disputes. He also ordered the parties to submit a proposed revised schedule by January 15, 2021.

In light of these developments, we wanted to give you this brief update, in the event that you may find it preferable to postpone the currently scheduled status conference while the parties work with Judge Carlson to resolve their disputes and propose a revised schedule to bring discovery in this case to a close. We are, of course, prepared for and available for the December 22, 2021, conference but thought it best to at least let you know about this in advance so that you can decide whether you wish to go forward with the conference now or postpone it.

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Should the decision be to go forward as scheduled, we provide the following conference line information:

Dial (267) 831-0333
Enter Passcode 895-3680-3663#
When asked for Participant ID, just press #.

Respectfully,

/s/ *Jonathan Feder*

| | |
|---|---|
| R. Brian Timmons, Esq. | Bridget E. Montgomery, Esquire (PA ID 56105) |
| Rollo C. Baker, Esq. | ECKERT SEAMANS CHERIN & |
| Brian Campbell, Esq. |   MELLOTT, LLC |
| Jonathan E. Feder, Esq. | 213 Market Street, 8th Floor |
| Evan Forbes, Esq. | Harrisburg, PA 17101 |
| QUINN EMANUEL URQUHART | Telephone: 717.237.6054 |
|   & SULLIVAN, LLP | Facsimile: 717.237.6019 |
| 51 Madison Avenue, 22nd Floor | Email: bmontgomery@eckertseamans.com |
| New York, NY 10010 | |
| Telephone: (212) 849 7000 | |
| Facsimile: (212) 849-7100 | |
| briantimmons@quinnemanuel.com | |
| rollobaker@quinnemanuel.com | |
| briancampbell@quinnemanuel.com | |
| jonathanfeder@quinnemanuel.com | |
| evanforbes@quinnemanuel.com | |

*Attorneys for Defendants*