**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| P.H. GLATFELTER COMPANY, | : | Civil No. 1:19-CV-02215 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BABCOCK & WILCOX POWER | : | |
| GENERATION GROUP, INC., | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## <u>AMENDED CASE MANAGEMENT ORDER</u>

**AND NOW**, on this 24th day of February, 2022, as requested by the parties

during a telephone conference held on this date, **IT IS ORDERED** that the

amended case management deadlines are as follows:

| | |
|---|---|
| Fact discovery: | April 29, 2022 |
| Plaintiff's expert reports: | May 26, 2022 |
| Defendant's expert reports: | June 27, 2022 |
| Supplemental and rebuttal expert reports: | July 10, 2022 |
| Expert discovery: | August 8, 2022 |
| Dispositive motions and supporting briefs: | September 5, 2022 |

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania